UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH PEERY, on behalf of himself and all persons similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 13-cv-5819 |
| v. | ) ) | Judge Sharon Johnson Coleman |
| CHICAGO HOUSING AUTHORITY and HOLSTEN MANAGEMENT CORPORATION, | ) ) ) ) | Magistrate Judge Arlander Keys |
| Defendants. | ) ) | |
| DEANN STUBENFIELD, JESSICA STUBENFIELD, DEBORAH THIGPEN, and SHARON THOMPSON, on behalf of herself and on behalf of ROY THOMPSON, JR., | ) ) ) ) ) ) | Case No. 13-cv-6541 |
| Plaintiffs, | ) ) | Judge Sharon Johnson Coleman |
| v. | ) ) | Magistrate Judge Arlander Keys |
| CHICAGO HOUSING AUTHORITY and THE COMMUNITY BUILDERS, INC., | ) ) ) | |
| Defendants. | ) | |

EXHIBITS TO
DEFENDANT CHICAGO HOUSING AUTHORITY'S OBJECTIONS TO
MAGISTRATE JUDGE'S ORDERS OF FEBRUARY 21 AND 26,
OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER

Exhibit A – Transcript of December 13, 2013, Hearing before Judge Coleman

Exhibit B – CHA's Supplemental Response Letter to Peery (dated Feb. 26, 2014)

Exhibit C – Peery's Second Set of Interrogatories to CHA (dated Dec. 20, 2013)

Exhibit D – Transcript of January 24, 2014, Hearing before Magistrate Judge Keys

Exhibit E – CHA's Answers to Peery's Second Set of Interrogatories (dated Jan. 24, 2014)

Exhibit F – Peery's Second Set of Document Requests to CHA (dated Dec. 20, 2013)

Exhibit G – CHA's Response to Peery's Second Set of Requests for Production to CHA (dated Jan. 24, 2014)

Exhibit H – Peery's Third Amended Notice of Rule 30(b)(6) Deposition to CHA (dated Feb. 11, 2014)

Exhibit I – CHA's Objections to Peery's Rule 30(b)(6) Deposition Notice (dated Feb. 12, 2014)

Exhibit J – HMC's Answers to Peery's First Set of Interrogatories (dated Jan. 24, 2014)

Exhibit K – TCB's Letter to Peery Re: Rule 30(b)(6) Deposition Notice (dated Feb. 11, 2014)

Exhibit L – Peery's Letter to CHA (dated Feb. 27, 2014)

Exhibit M – Transcript of February 21, 2014, Hearing before Magistrate Judge Keys

Exhibit N – Transcript of February 26, 2014, Hearing before Magistrate Judge Keys

Exhibit O – Plaintiff Jessica Stubenfield's February 26, 2014 Document Requests and Interrogatories to CHA

Exhibit P – Joseph Peery's Relocation Rights Request Form (signed March 4, 2009)

Exhibit Q – HUD Closing Checklist

Exhibit R – Affidavit of George J. Brown